638

435 A.2d 1314

Commonwealth v. Belden, Appellant.

Submitted November 14, 1980. Jesse E. Shearin, for appellant; Charles S. Hersh, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and SHERTZ and WIEAND, JJ.

Order affirmed.

435 A.2d 1314

Commonwealth v. Bell, Appellant.

Submitted September 11, 1980. Arthur J. King, Assistant Public Defender, for appellant; John J. Burfete, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WICKERSHAM and VAN der VOORT, JJ.

Judgment of sentence affirmed.